IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,　　　　　　　No. CIV.S-06-0416 MCE DAD PS

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　<u>ORDER AND</u>

UNITED STATES GOVERNMENT,　　　　<u>ORDER TO SHOW CAUSE</u>

　　　　Defendant.
_____/

　　　　Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

　　　　Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

　　　　Plaintiff's one-page complaint is difficult to decipher, as are the various notes, diagrams and photocopies attached to the complaint. Plaintiff apparently takes issue with an advertisement

1

for "[imitation pharmaceutical] cocaine" which apparently appeared in a 1984 issue of the magazine *High Times*. However, in his complaint plaintiff states that he only "requests the Court, to file this Legal Document, and asks for nothing in Return." No basis for federal jurisdiction is alleged. Indeed, it appears that the court lacks subject matter jurisdiction over this action. See Bell v. Hood, 327 U.S. 678, 682 (recognizing that a claim is subject to dismissal for want of jurisdiction where it is "wholly insubstantial and frivolous" and "so patently without merit"); Hagans v. Levine, 415 U.S. 528, 543 (stating that a claim may be dismissed for lack of jurisdiction where it is "so insubstantial, implausible, foreclosed by prior decisions of this Court or otherwise completely devoid of merit as not to involve a federal controversy within the jurisdiction of the District Court"). See also Franklin v. Murphy, 745 F.2d 1221, 1227 (9th Cir. 1984)("A paid complaint that is 'obviously frivolous' does not confer federal subject matter jurisdiction and may be dismissed sua sponte before service of process.")(citations omitted).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted;

2. Plaintiff shall show cause in writing within twenty days of the date that this order is filed why this matter should not be dismissed for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3); and

/////

/////

2

3.  Plaintiff is forewarned that the failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed.

DATED: May 18, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddadl\orders.prose\fallon0416.ifp.osc