IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,                   No. CIV.S-06-0416 MCE DAD PS

      Plaintiff,

  v.                                    FINDINGS AND RECOMMENDATIONS

UNITED STATES GOVERNMENT,

      Defendant.

_____/

      By order filed May 19, 2006, plaintiff, proceeding in this action pro se, was directed to show cause in writing within twenty days why this matter should not be dismissed for lack of subject matter jurisdiction.  Plaintiff was forewarned that the failure to timely comply with that order would result in a recommendation that this action be dismissed.  The required time has expired and plaintiff has not responded to the court's order.

      As observed in the order to show cause, plaintiff's one-page complaint is difficult to decipher, as are the various notes, diagrams and photocopies attached to the complaint.  Plaintiff

1

1 apparently takes issue with an advertisement for "[imitation
2 pharmaceutical] cocaine" which apparently appeared in a 1984 issue of
3 the magazine *High Times*.  However, in his complaint plaintiff states
4 that he only "requests the Court, to file this Legal Document, and
5 asks for nothing in Return."  No basis for federal jurisdiction is
6 alleged.  Indeed, it appears that the court lacks subject matter
7 jurisdiction over this action.  <u>See</u> <u>Bell v. Hood</u>, 327 U.S. 678, 682
8 (recognizing that a claim is subject to dismissal for want of
9 jurisdiction where it is "wholly insubstantial and frivolous" and "so
10 patently without merit"); <u>Hagans v. Levine</u>, 415 U.S. 528, 543
11 (stating that a claim may be dismissed for lack of jurisdiction where
12 it is "so insubstantial, implausible, foreclosed by prior decisions
13 of this Court or otherwise completely devoid of merit as not to
14 involve a federal controversy within the jurisdiction of the District
15 Court").  <u>See</u> <u>also</u> <u>Franklin v. Murphy</u>, 745 F.2d 1221, 1227 (9th Cir.
16 1984)("A paid complaint that is 'obviously frivolous' does not confer
17 federal subject matter jurisdiction and may be dismissed sua sponte
18 before service of process.")(citations omitted).

19          Accordingly, IT IS HEREBY RECOMMENDED that this action be
20 dismissed for lack of subject matter jurisdiction.  <u>See</u> Fed. R. Civ.
21 P. 12(h)(3).

22          These findings and recommendations are submitted to the
23 United States District Judge assigned to the case, pursuant to the
24 provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being
25 served with these findings and recommendations, plaintiff may file
26 written objections with the court.  Such a document should be

2

captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddadl\orders.prose\fallon0416.f&r.dism

3